| DATE | NOTE / RECORD | TIME |
|------|---------------|------|
|  |  |  |
| 1/19/2011 | Review docs & discussions with client/fdcpa overview | 1.5 |
| 1/19/2011 | Research Defendant viability/litigation history | 1.0 |
| 1/20/2011 | Prepare retention disc client | 1.0 |
| 1/23/2011 | Updates from client/fact developments | 0.5 |
| 2/24/2011 | Draft complaint & docs | 2.5 |
| 2/24/2011 | R&R prep & upload telephonic recordings | 0.7 |
| 4/7/2011 | Disc HK(Hilary Korman, Esq) in re extending time to answer/possible settle | 0.4 |
| 4/8/2011 | Disc client re stress and emotional damages | 0.6 |
| 4/19/2011 | R&R Answer | 1.0 |
| 4/19/2011 | R&R notices | 0.5 |
| 4/20/2011 | R&R court order re sched | 0.5 |
| 5/4/2011 | e-corr HK | 0.1 |
| 5/4/2011 | Draft and Prepare Initial Disclosures | 1.5 |
| 5/4/2011 | Draft and Prepare Draft Rule 26 report | 2.0 |
| 5/5/2011 | Review Mld/Rule 26 | 0.5 |
| 5/5/2011 | Phones HK in re Rule 16/26 discussions | 0.5 |
| 5/5/2011 | R&R Def Disclosures | 1.5 |
| 5/5/2011 | r&r offer of judgment | 0.3 |
| 5/5/2011 | Disc client in re Rule 68 offer | 0.8 |
| 5/9/2011 | Phones & e-corr HK re settlement of fees | 0.2 |
| 5/10/2011 | Prepare & file Acceptance of Offer/Rule 68 | 1.5 |
| 5/10/2011 | Letter to Ct (J. Bloom) in re Conference adj | 0.5 |
| 5/17/2011 | e-corr HK in re breakdown negotiation of fees | 0.2 |
| 5/27/2011 | R&R e-corr HK in re response to demand | 0.1 |
| 6/2/2011 | E-Corr HK/review case fwd (NDNY) | 0.4 |
| 6/3/2011 | e-corr HK re Motion for Fees | 0.2 |
| 6/3/2011 | Prepare and Draft Motion for Attorneys Fees | 2.5 |
| 6/3/2011 | Draft letter Ct (J. Bloom) in re conferece adj | 0.4 |
|  | **TOTAL:** | **23.4** |